

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00240-CR

| | | |
|---|---|---|
| Fernando Zamora | § | From the 372nd District Court |
| | § | of Tarrant County (1432653D) |
| v. | § | July 12, 2018 |
| | § | Opinion by Justice Pittman |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments.  It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mark T. Pittman_____
Justice Mark T. Pittman